UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EVERETT HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:22-CV-1056 RWS |
| ) | |
| ONTERIO SHEPPARD, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented plaintiff Everett Henderson filed this civil action for money damages and injunctive relief on October 3, 2022; however, plaintiff neither paid the Court filing fee nor filed a motion to proceed without repayment of fees or costs.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send plaintiff an 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $402 filing fee or submit a motion to proceed without prepaying fees or costs within **twenty-one (21) days** of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this   6th   day of October, 2022.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

–1–